# EXHIBIT A

Case: 1:23-cv-00246 Document #: 1-1 Filed: 01/17/23 Page 2 of 3 PageID #:7
Case: 1:12-cv-03940 Document #: 1 Filed: 05/21/12 Page 6 of 7 PageID #:6
09/17/2004 14:... Case: 1:04-cv-07418 Document #: 1 Filed: 11/16/04 Page 5 of 8 PageID #:5 ☒003/023

## PAINTERS' DISTRICT COUNCIL #14

### MEMORANDUM OF JOINT WORKING AGREEMENT

It is hereby stipulated and agreed by and between **MATAN'S DECORATING SERVICE** hereinafter called the "Employer," and the PAINTERS' DISTRICT COUNCIL NO. 14, hereinafter called the "Union," encompassing the geographical areas of the Counties of Cook and Lake, including, but not limited to the City of Chicago, that:

1. The Employer hereby recognizes the Union as the sole and exclusive bargaining representative of all the Employer's employees performing work within the craft and geographical jurisdiction of the Union as the same exists as of the date hereof and including any such additional work or geographic area over which the Union may hereafter acquire jurisdiction with respect to wages, hours, and other terms and conditions of employment.

2. The Employer affirms and adopts the Collective Bargaining Agreements between the Union and either the PAINTING & DECORATING CONTRACTORS' ASSOCIATION, CHICAGO CHAPTER, or GYPSUM DRYWALL COUNCIL OF NORTHERN ILLINOIS, and hereby reaffirms and reestablishes his continuing obligation with respect to all such provisions together with all Amendments thereto.

3. The Employer agrees to pay the amounts which (he)(it) is bound to pay under said Collective Bargaining Agreements to the CHICAGO PAINTERS & DECORATORS WELFARE FUND, CHICAGO PAINTERS & DECORATORS PENSION FUND, CHICAGO PAINTERS & DECORATORS DEFERRED SAVING PLAN FUND, THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, and to become bound by and be considered a part of the Agreements and Declarations of Trust creating said TRUST instrument of the Employer Trustees who shall together with their successor Trustees designated in the manner provided in said Agreements and Declarations of Trust and jointly with an equal number of Trustees appointed by the Union, carry out the terms and conditions of the Trust instruments.

The Employer affirms and reestablishes that all prior contributions paid to the Welfare & Pension Funds were made by duly authorized agents of the Employer at the proper rates for the appropriate periods of time and that by making said prior contributions, the Employer evidences the Bargaining Agreements which were operative at the time the contributions were made, acknowledging the report form to be a sufficient instrument in writing to bind the Employer to the applicable Agreements.

4. The Employer agrees to pay the following hourly rates for the period October 1, 1982, through September 30, 1983, and all changes thereafter as negotiated between the Union and the Association:

| | |
|---|---:|
| Journeyman's wages | $14.50 |
| Pension | .75 |
| Welfare | 1.07 |
| Apprentice Fund - Painters | .05 |
| Apprentice Fund - Tapers | .06 |
| Deferred Savings Fund | .20 |



EXHIBIT A

5. The parties agree that the Employer is part of a single bargaining unit made up of all Employers party to the master Agreement adopted herein.

6. This Agreement shall remain in full force and effect through 12:00 MIDNIGHT on the 30th day of September, 1983, and shall continue thereafter unless there has been given not less than sixty (60) days' written notice by Registered or Certified Mail, by either party hereto, of the desire to modify and amend this Agreement through negotiations.

Case: 1:23-cv-00246 Document #: 1-1 Filed: 01/17/23 Page 3 of 3 PageID #:8
Case: 1:12-cv-03940 Document #: 1 Filed: 05/21/12 Page 7 of 7 PageID #:7
09/17/2004 14:68 FAX 04-cv-07418 Document #: 1 Filed: 11/16/04 Page 6 of 8 PageID #:6  ☒004/023

In the absence of such notice, the Employer and the Union agree to be bound by the area-wide negotiated contracts with the various Associations, incorporating them into this Memorandum of Joint Working Agreement and extending this Agreement for the life of the newly negotiated contract.

9. The Employer acknowledges and accepts the facsimile signatures on this contract as if they were the original signatures. The Employer further acknowledges receipt of a copy of the complete Joint Working Agreement.

IN WITNESS WHEREOF, and in consideration of the mutual promise of the parties hereto, and with any good and valuable consideration, this Memorandum of Joint Working Agreement was entered into this _15TH_ day of _OCTOBER_, 1982.

EMPLOYER

FIRM: _MATAN'S DECORATING SERVICE_
(Print)

ADDRESS: _9312 CALLERO_
(Print)

_NILES_ (City)　　_ILL._ (State)　　_60648_ (Zip Code)

(Area Code) _965-3195_
(Phone)　　_220360_ (Ill. State Unemp. No.)

_AETNA INS. CO._
(Insurance Co. Name)

_W.C. 02-63-57_
(Policy No.)　　_8-15-83_ (Exp. Date)

_8-15-82_
(Dated)　　_194_ (Local Union)

_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_
(Social Security Number)

Proof of Corporation: ( ) Yes  ( ) No

If signed before, WHEN, and under what TRADE NAME:
_1981-82 - SAME_

_GEORGE MATAN_
(Signature and TITLE)　　(Print)

X _George Matan_
(Signature)

DATE SIGNED: _10-15-82_

PAINTERS' DISTRICT COUNCIL NO. 14
By: _[signature]_